**Sandra Jean Hudson SMITH, Appellant,**

v.

**UNITED STATES.**

**No. 16650.**

United States Court of Appeals
Eighth Circuit.

Feb 20, 1961.

Robert B. Paden, Kansas City, Mo., for appellant.

Edward L. Scheufler, U. S. Atty., and J. Whitfield Moody, Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed on dismissal by appellant.

**Basil HILL**

v.

**UNITED STATES of America.**

**No. 6347.**

United States Court of Appeals
Tenth Circuit.

July 14, 1960.

Wendell Stockton, Oklahoma City, Okl., for appellant.

Paul W. Cress, U. S. Atty., and Erwin A. Cook, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed for failure of appellant diligently to prosecute.

**Edward McCLURE, Appellant,**

v.

**UNITED STATES.**

**No. 16615.**

United States Court of Appeals
Eighth Circuit.

Feb. 23, 1961.

Parker Parker, Russellville, Ark., for appellant.

Osro Cobb, U. S. Atty., and Walter G. Riddick, Asst. U. S. Atty., Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed on stipulation of parties.

**STERLING OIL COMPANY OF OKLA-HOMA, INC., and Australian-American Oil Company, Pty., Ltd.,**

v.

**CORDILLERA MINING COMPANY.**

**No. 6434.**

United States Court of Appeals
Tenth Circuit.

Sept. 12, 1960.

Gordon F. Rainey, Oklahoma City, Okl., for appellants.

R. C. Jopling, Jr., Oklahoma City, Okl., John L. Hauer, and William H. Tinsley, Dallas, Tex., for appellee.

Before MURRAH, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation.